IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> GUIDELINES PAVEMENT STRIPING, INC. an Illinois corporation, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.<br><br>Judge |

FILED: APRIL 15, 2008
08CV2126                LI
JUDGE    PALLMEYER
MAGISTRATE JUDGE NOLAN

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, GUIDELINES PAVEMENT STRIPING, INC., an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1.   (a)   Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

     (b)   Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Fund as described in Paragraph 2, is administered.

## **PARTIES**

2.  (a)  Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)  The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreement previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)  The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.  (a)  GUIDELINES PAVEMENT STRIPING, INC., an Illinois corporation, employs persons represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)  GUIDELINES PAVEMENT STRIPING, INC., is an Illinois corporation, with its principal place of business at DeKalb, Illinois.

(c)  GUIDELINES PAVEMENT STRIPING, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4.  GUIDELINES PAVEMENT STRIPING, INC., an Illinois corporation, entered into collective bargaining agreements for periods including May, 2003 through June, 2009 which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the collective bargaining agreement between GUIDELINES PAVEMENT STRIPING, INC., an Illinois corporation, and the Union, GUIDELINES PAVEMENT STRIPING, INC., has failed and continues to fail to make its obligated contributions to the Fund for the period June, 2004 through November, 2007, as disclosed in an audit which took place on February 1, 2008.

6. The audit disclosed $6,788.22 due the Pension Fund and $5,719.58 due the Welfare Fund for a total of $12,507.80.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against GUIDELINES PAVEMENT STRIPING, INC., an Illinois corporation, in the amount of the audit, $12,507.80.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C. That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

ORIGINAL



Received
SEP 11 2006
Pension Fund Office

# THE AREA SAFETY AND COATINGS CONSTRUCTION AGREEMENT BY AND BETWEEN

## GUIDELINES PAVEMENT STRIPING, INC.

### AND

## GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL UNION NO. 673

### EFFECTIVE JULY 1, 2006 THROUGH JUNE 30, 2009



**IN WITNESS WHEREOF, THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____, DAY OF _____, 20\_\_\_\_.**

**FOR THE EMPLOYER:**

GUIDELINES PAVEMENT STRIPING, INC.
1827 E. LINCOLN HWY.
DEKALB, IL 60115-3958
PHONE: (815) 787-9700

_____
SIGNATURE: Dwayne Reavis
President

**FOR THE UNION:**

TEAMSTERS LOCAL 673
1050 ROOSEVELT ROAD
WEST CHICAGO, IL. 60185
PHONE: (630) 231-6660

_____
THOMAS L. CUSTER
SECRETARY-TREASURER
& BUSINESS MANAGER

Typed 7-18-06 ds

31

# ORIGINAL

<u>THE AREA
SAFETY AND COATINGS CONSTRUCTION
AGREEMENT BY AND BETWEEN
GUIDELINES PAVEMENT STRIPING, INC.</u>

AND

<u>GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS
LOCAL UNION NO. 673
EFFECTIVE MAY 5, 2003 THROUGH JUNE 30, 2005</u>



IN WITNESS WHEREOF, THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____, DAY OF _____, 20\_\_\_\_.

| FOR THE EMPLOYER, | FOR THE UNION: |
|---|---|
| *(signature: Wayne Reams)* | *(signature: Thomas L. Custer)* |
| GUIDELINES PAVEMENT STRIPING, INC. | THOMAS L. CUSTER |
| 375 FENTON LANE - UNIT C | SECRETARY-TREASURER |
| WEST CHICAGO, IL 60185 | & BUSINESS MANAGER |
| PHONE:    (630) 562-4691 | TEAMSTERS LOCAL 673 |
| FAX:      (630) 562-4692 | 1050 ROOSEVELT ROAD |
|  | WEST CHICAGO, IL. 60185 |
|  | PHONE: (630) 231-6660 |