# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN )
TEAMSTERS OF NORTHERN ILLINOIS )
WELFARE AND PENSION FUNDS, )
)
)
)
v. )
)
)
)
GUIDELINES PAVEMENT STRIPING, )
INC., an Illinois corporation )
)

Docket Number: 08CV2126

Assigned Judge: JUDGE PALLMEYER

Designated Magistrate Judge: MAGISTRATE JUDGE NOLAN

TO: (Name and address of defendant)

GUIDELINES PAVEMENT STRIPING, INC.
an Illinois corporation
c/o Its Registered Agent and President
1827 E. Lincoln Highway
DeKalb, Illinois 60115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                        Date

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK                                April 15, 2008
                                                  Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

NAME OF SERVER (PRINT): Brian Riebel

DATE: 5/1/08 @ 4:20pm

TITLE: Process Server

Check one box below to indicate appropriate method of service-

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[x] Other (specify): Served Guidelines Pavement Striping Inc c/o Mike Blankenship, Superintendent on 5/1/08 at business address 1827 E. Lincoln Highway DeKalb IL (W/M, 28, short light brown hair, 6'4")

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/1/08
Date

Signature of Server

Address of Server:

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068