# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2126 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds vs. Guidelines Pavement Striping, Inc. | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed pursuant to Rule 41(a)(1)(I) without prejudice. All costs having been paid and all matters in controversy having been fully settled, compromises and adjourned. This case shall be dismissed with prejudice on 10/15/2008. Status hearing set for 7/8/2008 is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|